# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MYSPACE, INC., et al.,<br><br>    Defendants. | CASE NO. 3:12-MC-0093-O-BK<br><br>C.A. No. 1:11-cv-00318-LPS<br>*Pending in the United States District Court for the District of Delaware* |

## NOTICE OF CORRESPONDENCE

Defendant and Movant Google, Inc., gives notice of the attached correspondence responding to Respondent IP Navigation, LLC's correspondence to the Court dated September 27, 2012.

Dated: October 1, 2012

Respectfully submitted,

*/s/ J. Robert Arnett II*
E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterstafford.com
J. Robert Arnett II
Texas State Bar No. 01332900
barnett@carterstafford.com
CARTER STAFFORD ARNETT HAMADA
  & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, Texas 75206
Telephone: (214) 550-8188
Facsimile: (214) 550-8185

ATTORNEYS FOR GOOGLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel on October 1, 2012 via the Court's ECF/CM System and/or electronic mail.

| | |
|---|---|
| Amy E. LaValle<br>SKIERMONT PUCKETT, LLP<br>2200 Ross Ave, Suite 4301<br>Dallas, TX 75201<br>amy.lavalle@skiermontpuckett.com<br><br>*Attorneys for IP Navigation Group*<br><br>Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa Ribeiro Tiradenes<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>walkerdigital@raklaw.com<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Walker Digital, LLC* | Mark A. Fenster<br>Alexander C. Giza<br>Bruce D. Kuyper<br>Benjamin T. Wang<br>Andrew D. Weiss<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br><br>*Attorneys for Walker Digital, LLC* |
| Nicholas A. Brown<br>Sarah E. Barrows<br>Dana K. Powers<br>Stephen M. Ullmer<br>GREENBERG TRAURIG, LLP<br>Four Embarcadero Center<br>Suite 3000<br>San Francisco, CA  94111<br>wd11-318-GT@gtlaw.com<br><br>*Attorneys for Defendant LinkedIn Corporation* | Daralyn J. Durie<br>Ryan M. Kent<br>Eugene Novikov<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>ddurie@durietangri.com<br>rkent@durietangri.com<br>enovikov@durietangri.com<br><br>*Attorneys for Defendant LinkedIn Corporation* |

                                                               */s/ J. Robert Arnett II*
                                                               J. Robert Arnett II